UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT KRELLER, <br><br> Plaintiff, <br><br> v. <br><br> LEONIE INDUSTRIES, LLC, <br><br> Defendant. | Civil Action No. 17-1342 (KBJ) <br><br> <u>FILED UNDER SEAL</u> |

### **<u>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline intervention in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date,

and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, those were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is filed herewith.

February 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division, U.S. Attorney's Office

By: _____
DARRELL VALDEZ
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2507

ANDY J. MAO
ROBERT J. McAULIFFE
ARNOLD M. AUERHAN
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 307-0278
*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February, 2020, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

> Brendan J. Klaproth, Esq.
> Klaproth Law PLLC
> 450 5th Street, NW, Suite 350
> Washington, DC 20001

DARRELL VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT KRELLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONIE INDUSTRIES, LLC,<br><br>　　　　　Defendants. | Civil Action No. 17-1342 (KBJ)<br><br><u>FILED UNDER SEAL</u> |

**[PROPOSED] ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is HEREBY ORDERED as follows:

1. The Complaint shall be unsealed and served upon the Defendant by the Relator;

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator shall serve upon the Defendant only after service of the Complaint;

3. The seal is lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of the Court shall be sent to the United States; and

7. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge

cc:
Darrell Valdez
Assistant U.S. Attorney
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
E-mail: Darrell.Valdez@usdoj.gov

Arnold Auerhan
Civil Division, Fraud Section
PO Box 261
Ben Franklin Station
Washington, DC 20044
Arnold.Auerhan@usdoj.gov

*Counsel for United States of America*

Brendan J. Klaproth
Klaproth Law PLLC
450 5th St. NW, Suite 350
Washington, DC 20001
bklaproth@klaprothlaw.com

*Counsel for Relator Scott Kreller*