UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
UNITED STATES OF AMERICA *ex rel.*    )
SCOTT KRELLER.                          )
                                                )
             Plaintiff,                )
                                                )
      v.                          )    No. 17-cv-1342 (KBJ)
                                                )
LEONIE INDUSTRIES, LLC            )
                                                )
             Defendant.             )
_____)

## ORDER

      The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C§ 3730(b)(4)(B), it is hereby

      **ORDERED** that the [1] Complaint, [16] Amended Complaint, and [15] Notice of Election to Decline Intervention are **UNSEALED**.  All other filings, to date, in this matter shall remain under seal and not be made public or served upon Defendant.  It is

      **FURTHER ORDERED** that Relator shall promptly effect service of process on Defendant, and that he shall thereafter serve on Defendant a copy of this Order and the United States' [15] Notice.  It is

      **FURTHER ORDERED** that the seal is lifted as to all matters occurring in this action on or after the date of this Order, and that any subsequent filings in this matter shall be lodged publicly and are not subject to the sealing provisions of the False Claims Act.  It is

      **FURTHER ORDERED** that the Parties shall serve all pleadings and motions filed in this action, including supporting memoranda, on the United States, as provided for in 31 U.S.C. § 3730(c)(3), that the Parties shall serve all notices of appeal on the United

States, and that all orders of this Court shall be sent to the United States. The United States may order any deposition transcripts and is entitled to intervene in this action at any time upon a showing of good cause. It is

**FURTHER ORDERED** that, should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Date: March 5, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge