AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| The United States of America,<br>*ex rel.* Scott Kreller <br>———————————————<br>*Plaintiff(s)*<br><br>v.<br><br>Leonie Industries, LLC d/b/a Leonie<br>(Arlington Co.), d/b/a The Leonie Group<br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:17-cv-01342 (KBJ)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leonie Industries LLC
1545 Crossways Blvd, Suite 250
Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brendan Klaproth
Klaproth Law PLLC
2141 Wisconsin Avenue, NW
Suite M3
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/24/2020

/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

