## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA, ex rel.,** ) | |
| **SCOTT KRELLER, and SCOTT** ) | |
| **KRELLER, individually,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| **v.** ) | **Case No. 1:17-cv-01342-ACR** |
| ) | |
| **LEONIE INDUSTRIES, LLC,** ) | |
| **d/b/a LEONIE d/b/a  THE LEONIE** ) | |
| **GROUP,** ) | |
| ) | |
| *Defendant,* ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order, dated December 4, 2024, counsel for Plaintiff/Relator Scott Kreller ("Plaintiff") and Defendant Camille Chidiac ("Defendant Chidiac") and collectively for purposes of this report the "Parties") hereby submit this joint status report.

**A.  Plaintiff's Report:**

### *Subpoenas and Discovery*

1.      On October 19, 2023, Plaintiff issued interrogatories and a request for production to the non-appearing Defendants Leonie Industries LLC ("Leonie") and Defendant Rema Chidiac-DuPont ("DuPont"). Plaintiff has received no response from either Leonie or DuPont.

2.      On November 8, 2023, Plaintiff issued subpoenas to former attorneys for Leonie and/or DuPont, requesting "All non-privileged, non-work product documents and communications referring or relating to your representation of Leonie Industries, LLC, Melkart International S.A.L., Camille Chidiac and/or Rema Chidiac-DuPont."  The subpoenas were

issued to Costell & Adelson Law Corporation; Holland & Knight LLP; and Thompson Coburn LLP.

3.     Plaintiff initially received blanket objections from all of the law firms based on privilege and work-product. But, Plaintiff has met and conferred on their objections, and Plaintiff agreed to narrow the scope of the subpoena to "Copies of checks, drafts, wire transfer notices and/or confirmations, debit notices, credit notices, and any other documents referring or relating to payment of retainer, fees and/or costs by or on behalf of Leonie Industries, LLC, Melkart International S.A.L., Camille Chidiac and/or Rema Chidiac-DuPont to Holland & Knight."

4.     Holland & Knight LLP and Thompson Coburn LLP responded to the subpoenas and produced records in response to Plaintiff's narrowed requests.

5.     Plaintiff had initial discussions with Costell & Adelson Law Corporation but were unable to reach an agreement on production to date.

6.     The production by the law firms provided  banking information for Leonie, which led us to issue subpoenas to Bank of America and TD Bank to obtain financial information from its accounts with Leonie and with DuPont to try to follow the flow of money from Leonie to DuPont and any other insiders. We received responses and production from Bank of America and TD Bank.

*Pre-Discovery Document Exchange.*  As the Court is aware from the Parties prior status report, Defendant Chidiac agreed to provide Plaintiff with documents and information related to the  lawsuit Chidiac had filed in the Superior Court of California against Defendants Leonie Industries, LLC, ("Leonie")  and Rema Chidiac-DuPont. *See Chidiac v. Leonie, et al*., No. BC699004 (Sup. Ct. CA) (the "California Action").

7.    Prior to the production, the Parties met and conferred and agreed to execute a non-disclosure agreement, which was signed on November 15, 2023. Plaintiff received documents from Defendant Chidiac's  soon thereafter, which provided some documents related to the California Action, including the settlement amount received by Defendant Chidiac.

8.    On January 23, 2024, Plaintiff voluntarily produced documents in his possession to Defendant Chidiac. The production totaled 498,079 pages.

**B.  Defendant Chidiac's Report**

9.    Plaintiff added Mr. Chidiac to this action as an individual defendant on April 14, 2023, over six years after the action was filed.

10.    Plaintiff and Mr. Chidiac have exchanged pre discovery documents as described in paragraphs 7 and 8, have met and conferred on a number of instances, but have not come to any resolution of the issues between them.

11.    Mr. Chidiac filed a Motion to Dismiss the complaint as to himself on March 15, 2024, making a number of arguments as to why the complaint should be dismissed as to him.

Dated: December 18, 2024                Respectfully submitted,

**KLAPROTH LAW PLLC**                    **GREENBERG TRAURIG, LLP**

*/s/ Jesse C. Klaproth*                    */s/ Pamela J. Marple*
Jesse C. Klaproth (D.C. Bar No. PA0063)    Pamela J. Marple (D.C. Bar No. 462921)
jklaproth@klaprothlaw.com                2101 L Street NW
Brendan J. Klaproth (D.C. Bar No. 999360)    Washington, DC 20037
bklaproth@klaprothlaw.com                Pamela.Marple@gtlaw.com
2300 Wisconsin Ave NW, Suite 100A        Tel: (202) 331-3174
Washington, DC 20007
Tel:  202-618-2344                        *Counsel for Defendant Camille Chidiac*

*Attorneys for Relator/Plaintiff Scott Kreller*